THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Goodson,       
Appellant.
 
 
 

Appeal From Richland County
Henry L. McKellar, Circuit Court Judge

Unpublished Opinion No. 2004-UP-132
Submitted December 23, 2003  Filed 
 February 26, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson;  
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  David Goodson was 
 convicted of criminal domestic violence of a high and aggravated nature and 
 sentenced to ten-years imprisonment, suspended on service of five-years imprisonment 
 and two-years probation.  Pursuant to Anders v. California, 386 
 U.S. 738 (1967), Goodsons counsel attached a petition to be relieved.  Goodson 
 filed a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Goodsons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.